468 A.2d 857

Heindel v. Ellis, Appellant.

Submitted September 23, 1983. Edward R. Lecates, for appellant; John D. Miller, Jr., for appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order affirmed.

468 A.2d 857

In re Appt. of Deputy Constable.

Appeal of: Commonwealth of Pennsylvania.

Argued September 22, 1983. Wallace H. Bateman, Assistant District Attorney, for Commonwealth, appellant; Thomas E. Timby, for participating party.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Order affirmed.